621 S.E.2d 889

Gregory **TILLOTSON**, Respondent,

v.

**KEITH SMITH BUILDERS**, Petitioner.

No. 26060.

Supreme Court of South Carolina.

Heard Oct. 6, 2005.

Decided Nov. 7, 2005.

James W. Logan, Jr., of Logan, Jolly & Smith, L.L.P., of Anderson, for Petitioner.

Kenneth C. Porter, of Porter & Rosenfeld, of Greenville, for Respondent.

Jack D. Griffeth, of Love, Thornton, Arnold & Thomason, of Greenville, for Amicus Curiae.

PER CURIAM:

We granted a writ of certiorari to review the Court of Appeals' opinion in *Tillotson v. Keith Smith Builders,* 357 S.C. 554, 593 S.E.2d 621 (Ct.App.2004). We dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.